FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIEGO ROMERO MERAZ, | Case No. 4:24-CV-05018-MKD |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | **ECF No. 6** |
| LOREN K. MILLER, et al., | |
| Defendants. | |

    Before the Court is Plaintiff's Motion for Voluntary Dismissal of Case Without Prejudice, ECF No. 6.  Plaintiff seeks to voluntarily dismiss this case. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and LCivR 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before an opposing party serves an answer or a motion for summary judgment.  No answer or motion has been filed.  Plaintiff seeks dismissal without prejudice.

    Accordingly, **IT IS HEREBY ORDERED:**

ORDER - 1

1.  Pursuant to Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice, all claims are **DISMISSED without prejudice**, without an award of fees or costs.

2.  Any pending motions are **DENIED as moot**.

3.  All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED March 27, 2024.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE